

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DESIREE M. GARGANO
ASSOCIATE
DIRECT DIAL 516.296.7003
dgargano@certilmanbalin.com

August 5, 2016

**VIA ECF**

Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Murcia, et al. v. Hampton Bays Auto Wash, Ltd., et al.,*
             2:15-cv-5794(SJF)(AKT)

Dear Judge Feuerstein:

    This firm represents the defendants in connection with the above referenced matter. We write, jointly with plaintiffs, to respectfully request to adjourn the pretrial conference presently scheduled for September 14, 2016. The reason for this request is that the parties have reached a class action settlement subject to the terms of a written agreement. The parties request that they be provided 45 days within which to finalize the settlement documents and file the motion for preliminary approval of the settlement.

    Thank you for Your Honor's consideration of this matter.

                                       Respectfully submitted,

                                       CERTILMAN BALIN ADLER & HYMAN, LLP

                                       By: _____
                                          Desiree M. Gargano, Esq.

cc:    All Counsel (via ECF)