

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DESIREE M. GARGANO
ASSOCIATE
DIRECT DIAL 516.296.7003
dgargano@certilmanbalin.com

August 5, 2016

**VIA ECF**

Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Murcia, et al. v. Hampton Bays Auto Wash, Ltd., et al.*,
            2:15-cv-5794(SJF)(AKT)

Dear Judge Tomlinson:

    This firm represents the defendants in connection with the above referenced matter. We write, jointly with plaintiffs, to inform the Court that the parties have reached a class action settlement subject to the terms of a written agreement. As such, the parties respectfully request that the two (2) motions currently pending before Your Honor, Plaintiffs' Motion to Conditionally Certify a Fair Labor Standards Act Collective Action and Plaintiffs' Motion Amend the Complaint, be held in abeyance while the parties negotiate and finalize the terms of the written settlement agreement.

    Thank you for Your Honor's consideration of this matter.

                                            Respectfully submitted,

                                            CERTILMAN BALIN ADLER & HYMAN, LLP

                                            By: _____
                                                Desiree M. Gargano, Esq.

cc:    All Counsel (via ECF)